IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

In the Matter Of

TONY TYRONE TILLMAN,                              *

        Debtor,                              *

                                    Bankruptcy Appeal No.  5:25-cv-00428-TES

GEO D. WARTHEN BANK,                              *

        Appellant,                              *

V.                                                *

TONY TYRONE TILLMAN,
        Appellee.

_____

# **J U D G M E N T**

Pursuant to this Court's Order dated February 17, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered AFFIRMING the Bankruptcy court's decision.

This 18th day of February, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk